IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2023 APR 19 A 11: 28

TERY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Lonnie Johnson )
_____ )
Plaintiff(s), )
)  CIVIL ACTION NO.
)  3:23-CV-223-RAH-JTA
)  JURY DEMAND (MARK ONE)
)
)  ☒ YES    ☐ NO
)
~~[scribbled out]~~ )
INTERNAL REVENUE SERVICE )
IRS  FRESNO CA 93888-0025 )
Defendant(s).

COMPLAINT

1. Plaintiff(s)' address and telephone number: 4103 FORD CIR  334-233-4965

   334-212-9637

2. Name and address of defendant(s): _____

3. Place of alleged violation of civil rights: _____

4. Date of alleged violation of civil rights: _____

5. State the facts on which you base your allegation that your constitutional rights have been violated: _____

1

6. Relief requested: _I'm getting a rash_

Date: 4-18-23

_Lonn.ie Johnson_
Plaintiff(s) Signature

2

From: Lonnie Johnson
4103 FORD CIR
TUSKEGEE AL 36083




ReadyPost
Document Mailer

To: office of the clerk
united states District court
Middle District of Alabama
1 church street, suite B-110
Montgomery, AL 36104-4018