**IRS** Department of the Treasury
Internal Revenue Service
IRS
FRESNO  CA  93888-0025

*[Handwritten: MS. Williams 1004117339 FIELD ASSISTANCE, Name]*

040741.509464.375679.8877 1 MB 0.531 702

LONNIE JOHNSON
4103 FORD CIR
TUSKEGEE  AL  36083-5729

040741

CUT OUT AND RETURN THE VOUCHER IMMEDIATELY BELOW IF YOU ONLY HAVE AN INQUIRY.
DO NOT USE IF YOU ARE MAKING A PAYMENT.

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.   Use for inquiries only
           0835216405                                    Letter Number:  LTR2218C
   BODCD-                                                Letter Date  :  2023-04-11
                                                        Tax Period   :  201512



*****2750

   INTERNAL REVENUE SERVICE                    LONNIE JOHNSON
   IRS                                         4103 FORD CIR
   FRESNO   CA  93888-0025                     TUSKEGEE  AL  36083-5729

419152750 NC JOHN 30 0 201512 670 00000000000

---

The IRS address must appear in the window.   Use for payments
           0835216405                                    Letter Number: LTR2218C
   BODCD-                                                Letter Date  : 2023-04-11
                                                        Tax Period   : 201512

*****2750

   INTERNAL REVENUE SERVICE                    LONNIE JOHNSON
                                               4103 FORD CIR
   Kansas City MO 64999-0206                   TUSKEGEE  AL  36083-5729

419152750 NC JOHN 30 0 201512 670 00000000000

**IRS** Department of the Treasury
Internal Revenue Service

```
IRS                                In reply refer to: 0835216405
FRESNO    CA   93888-0025          Apr. 11, 2023   LTR 2218C    0
                                   ***-**-2750    201512 30          R
                                                           00008091
                                                      BODC: WI
```

LONNIE JOHNSON
4103 FORD CIR
TUSKEGEE   AL   36083-5729



040741

```
        Taxpayer identification number:  ***-**-2750
                         Tax periods:  Dec. 31, 2015

                                Form:  1040
```

Dear Taxpayer:

Your claim or inquiry is more than seven years after the date of issuance for a refund. No records are available for this amount. We can't take further action and closed your case.

TAXPAYER RIGHTS AND SOURCES FOR ASSISTANCE

The Taxpayer Advocate Service (TAS) is an independent organization within the IRS that helps taxpayers and protects taxpayers' rights. TAS can offer you help if your tax problem is causing a financial difficulty, you've tried but been unable to resolve your issue with the IRS, or you believe an IRS system, process, or procedure isn't working as it should. If you qualify for TAS assistance, which is always free, TAS will do everything possible to help you. To learn more, visit TaxpayerAdvocate.IRS.gov or call 877-777-4778.

The Internal Revenue Code (IRC) gives taxpayers specific rights. The Taxpayer Bill of Rights groups these into 10 fundamental rights. See IRC Section 7803(a)(3). IRS employees are responsible for being familiar with and following these rights. For additional information about your taxpayer rights, please see Publication 1, Your Rights as a Taxpayer, or visit IRS.gov/taxpayer-bill-of-rights.

Tax professionals who are independent from the IRS may be able to help you.

Low Income Taxpayer Clinics (LITCs) can represent low-income persons before the IRS or in court. LITCs can also help persons who speak English as a second language. Any services provided by an LITC must be for free or a small fee. To find an LITC near you:

   - Go to TaxpayerAdvocate.IRS.gov/litcmap;
   - Download IRS Publication 4134, Low Income Taxpayer Clinic List, available at IRS.gov/forms; or
   - Call the IRS toll-free at 800-829-3676 and ask for a copy of Publication 4134.

```
                                                         0835216405
                                     Apr. 11, 2023  LTR 2218C    0
                                     ***-**-2750   201512 30      R
                                                           00008092
```

LONNIE JOHNSON
4103 FORD CIR
TUSKEGEE  AL  36083-5729


State bar associations, state or local societies of accountants or enrolled agents, or other nonprofit tax professional organizations may also be able to provide referrals.

If you have questions, you can call 800-829-0922.

If you prefer, you can write to the address at the top of the first page of this letter.

When you write, include a copy of this letter, and write your telephone number and the hours we can reach you.

Keep a copy of this letter for your records.

                                     Sincerely yours,

                                     *Charles R. Matthews*
                                     Charles R. Matthews
                                     Department Manager, AM Op 1, Dept 4

Enclosures:
Envelope