Lonnie Johnson

RECEIVED
2023 JUN -9  A 10: 44
TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Johnson V Internal Revenue service (MAG)
3 23 -cv-00223 - RAH - JTA

p1) yes on my way to do this for the judge if you can't fix the problem washing the DC

p2. I'm sure washington DC to fix the problem

p3 an alarm if don't hear from you in 20 days I'll just take it up to washington dc

I have been waiting long to see what the decision is

3 23 CV 00223 - RAH - JTA
to fix this problem
334 - 233 - 4965

Lonnie Johnson
4103 FORD CIR
TUSKEGEE AL 36083



MONTGOMERY AL 360
8 JUN 2023 PM 3 L

Office of the clerk
United states District court
Middle District of Alabama
1 church Street, Suite B-110
Montgomery, AL 36104-4018

36104-401801